## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | Criminal No 1:12-CR-210-SS |
| JOSE TREVINO MORALES | § | |

## DEFENDANT'S WITNESS LIST

COMES NOW, Defendant Jose Trevino Morales, and hereby presents the following list of witnesses for trial.

Elizabeth Sanders

Christine Hudson

Coronado Arteaga

DVM Justin Voge

Stella Escobedo

DVM Perry Blanchard

Jennifer Brown

Michelle Melton

Marlo Caddedu

DVM Don Knolls

Pedro Alcala

David Graham

Charles Graham

DVM Tommy Barton

DVM Keith Chaffin

Danny Williamson

Kim Hemserling

Shelley Tiggs

Russell Glenn Islet

Cody Hollingsworth

Shay Cox


Butch Wise

Brian Bohol

Filemon Saucedo

Matt Whitman

Butch Wise

Mr. Lozano

Gene Snelson

DVM Geraldo Chapa

DVM Dickson Varner

DVM Tommy Hayes

DVM Burns

DVM Ellis

Jessica Huitron

Saul Ramirez


Jamie Perez

Betty Berge

Chad Pierce

G. Allen Fischer

Sharon Moore

Tracy Pennington

Maria Trevino

General Clifford Massengale

Tom Lipe

Amanda Glidden

Bill Pilgrim

Julie Pilgrim

DVM Mike Shoonover

DVM Trent Bliss

DVM Shaylin Bliss

Cristina Helmerichs

Nancy Yearsley

Preston Pollard

Celina Molina

Charlie Johnson

Frederick Parsons

Ed Martin

Clint Broden

Beth Bosillo

Mike Bosillo

Francisco Trevino

Geronimo Garcia

Paul Ramirez

Lisa Powell

Jimmy Barton

Van Douglas

Carolyn Douglas

Mr. Skinner

Mike Jane

Douglas Thomas

Jim Davis

Dee Brown

Cliff LNU

Burt LNU

Jeff LNU

Jay LNU

Madeline LNU

Melodie Kurchelle

James Simpson

Mike Resendes

Roni Gregory

Juan Barbosa

Julia Rubalcabre

Julian Cantu

Fred Stanley

Alred Lamica

Rob Westler

Andy Knight

Randy Hill

DVM Cathy

Hector Chapa

Paula Cuellar

Daniel Cuellar

Samuel Cuellar

Bill Purcell

Jim Blevins

Andy Swartz

Elizabeth Saunders

Jesus Verdusco

Rudolfo Trevino

Jose Trevino

Zulema Trevino

Alex Trevino

Mario Martinez

Jessica Murphy

Office of the General Counsel - US Homeland Security

Respectfully submitted,


/s/ David Finn _____
DAVID FINN

MILNER FINN PRICE
2828 N. Harwood St.
Ste. 1950; LB 9
Dallas, Texas  75201
214.651.1121
214.953.1366 FAX
SBOT No. 07026900
judgefinn@davidfinn.com

Attorney for Defendant




## CERTIFICATE OF SERVICE

I, David Finn, hereby certify a true and correct copy of the foregoing

Defendant's Witness List was forwarded to Assistant United States Attorney Douglas

Gardner via ECF on this the 15, day of April, 2013.


_/s/ David Finn _____